# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Main Street Partnership, LLC

)  **Bankruptcy No.** 10 B 16184
)
**Debtor(s)**  )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on __October 25, 2012 at 10:30 a.m.__ In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Joseph Voiland is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date:   September 11, 2012

In re: Main Street Partnership, LLC
Bankruptcy No. 10 B 16184

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on September 11, 2012, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

Relief Courtroom Deputy

### Electronic Service through CM/ECF System

**represented by Richard Gellersted**
Law Offices of Richard Gellersted
244 West Sheridan Place
Lake Bluff, IL

*Trustee*
**Joseph Voiland**
Joseph R. Voiland
1625 Wing Road
Yorkville, IL 60560

**U.S. Trustee**
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Clasee Mail

*Debtor*
**Main Street Partnership, LLC**
303 W Main St
St Charles, IL 60174