UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
 §
MAIN STREET PARTNERSHIP, LLC § Case No. 10-16184
 §
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/31/2012 in Courtroom 682,
United States Courthouse
219 S. Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/09/2012                By: Kenneth S. Gardner
                                              Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MAIN STREET PARTNERSHIP, LLC § Case No. 10-16184
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,608.03 |
| and approved disbursements of | $ | 236.34 |
| leaving a balance on hand of[1] | $ | 25,371.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 3,310.80 | $ 0.00 | $ 3,310.80 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 118.64 | $ 0.00 | $ 118.64 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,429.44 |
| Remaining Balance | | $ | 21,942.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,599.45  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Patrick M. Kinnally | $ 7,478.45 | $ 0.00 | $ 7,478.45 |
| 2 | Internal Revenue Service | $ 5,200.00 | $ 0.00 | $ 5,200.00 |
| 3 | McIlvaine Electronics, Inc. | $ 921.00 | $ 0.00 | $ 921.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 13,599.45 |
| | Remaining Balance | | $ | 8,342.80 |

Tardily filed claims of general (unsecured) creditors totaling $ 144,602.31  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 5.8 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Meuller & Co., LLC | $ 5,541.39 | $ 0.00 | $ 319.71 |
| 5 | Judson J. Nilles | $ 139,060.92 | $ 0.00 | $ 8,023.09 |
| | Total to be paid to tardy general unsecured creditors | | $ | 8,342.80 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 10-16184-JBS
Main Street Partnership, LLC                                            Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: mrahmoun              Page 1 of 3                  Date Rcvd: Dec 10, 2012
                              Form ID: pdf006             Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2012.
db           +Main Street Partnership, LLC,    303 W Main St,    St Charles, IL 60174-1843
15405874     +Associated Agencies, Inc.,    1701 Golf Rd.,   Tower 3, 7th Floor,
               Rolling Meadows, IL 60008-4227
15405873     +City of St. Charles,    2 East Main Street,    St. Charles, IL 60174-1984
15405882     +Judson J. Nilles,    dba Inviso Services,    6N772 Tuscola Ave.,    St. Charles, IL 60174-7603
15405870     +Judson J. Nilles,    dba Inviso Services,    Richard J Nealis/Nealis&Garrow PC,
               510 S Batavia Avenue,    Batavia IL 60510-2902
15405871     +Kane County Treasurer,    719 South Batavia Ave.,    Building A,   Geneva, IL 60134-3079
15405876      McIlvaine Electronics, Inc.,    605 Prairie Street,    St. Charles, IL 60174-3968
17500855     +Mueller & Co., LLP,    2230 Point Boulevard,    Suite 300,   Elgin, IL 60123-9203
15405878     +Pat Kinnally, Esq.,    2114 Deerpath Rd.,    Aurora, IL 60506-7947
15708889     +Patrick M. Kinnally,    Kinnally, Flaherty, Krentz, & Loran, P.C.,    2114 Deerpath Road,
               Aurora, IL 60506-7947
15405875     +The Foreclosure Defense,    Program, LLC,    c/o Shelton Law Group, LLC,
               1415 W. 22nd St., Tower Fl.,    Oak Brook, IL 60523-2074
15405869     +The Private Bank,    24 S. Second Street,    St. Charles, IL 60174-2861
15405877     +Thomas Elevator Inspection Service,    1302 E. Thayer St.,    Mt. Prospect, IL 60056-2623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16106450      E-mail/Text: cio.bncmail@irs.gov Dec 11 2012 05:08:34      Department of Treasury,
               Internal Revenue Service,    Centralized Insolvency Operation,    P.O. Box 21126,
               Philadelphia, PA   19114
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15405868      CREDITOR MATRIX
15405872      Charles J. Myler,,    Trustee, c/o,   Richard G. Larsen,,    Attorney for Trustee,,
               105 East Galena Blvd.,    8th Floor
15405884      Charles J. Myler,,    Trustee, c/o,   Richard G. Larsen,,    Attorney for Trustee,,
               105 East Galena Blvd.,    8th Floor
15405886*    +Associated Agencies, Inc.,    1701 Golf Rd.,   Tower 3, 7th Floor,
               Rolling Meadows, IL 60008-4227
15405885*    +City of St. Charles,    2 East Main Street,    St. Charles, IL 60174-1984
15405891*    +Fred Norris, Jr.,    303 West Main Street,    St. Charles, IL 60174-1843
15405883*    +Kane County Treasurer,    719 South Batavia Ave.,    Building A,   Geneva, IL 60134-3079
15405888*     McIlvaine Electronics, Inc.,    605 Prairie Street,    St. Charles, IL 60174-3968
17500862*    +Mueller & Co., LLP,    2230 Point Boulevard,    Suite 300,   Elgin, IL 60123-9203
15405890*    +Pat Kinnally, Esq.,    2114 Deerpath Rd.,    Aurora, IL 60506-7947
15405892*    +Randall J. Matz,    33W630 Mary Barn Ln,    Wayne, IL 60184-2022
15405887*    +The Foreclosure Defense,    Program, LLC,    c/o Shelton Law Group, LLC,
               1415 W. 22nd St., Tower Fl.,    Oak Brook, IL 60523-2074
15405881*    +The Private Bank,    24 S. Second Street,    St. Charles, IL 60174-2861
15405889*    +Thomas Elevator Inspection Service,    1302 E. Thayer St.,    Mt. Prospect, IL 60056-2623
15405879    ##+Fred Norris, Jr.,    303 West Main Street,    St. Charles, IL 60174-1843
15405880    ##+Randall J. Matz,    33W630 Mary Barn Ln,    Wayne, IL 60184-2022
                                                                                  TOTALS: 3, * 11, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: mrahmoun           Page 2 of 3            Date Rcvd: Dec 10, 2012
                              Form ID: pdf006          Total Noticed: 14
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2012**          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: mrahmoun           Page 3 of 3              Date Rcvd: Dec 10, 2012
                              Form ID: pdf006          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2012 at the address(es) listed below:

              Alan  Garrow, ESQ    on behalf of Creditor Judson  Nilles agarrow@nealisgarrow.com
              Joseph  Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
              Mark J. Carroll    on behalf of Creditor   The PrivateBank and Trust Company
               carrollmark@ameritech.net
              Patrick M Kinnally    on behalf of Creditor Patrick M. Kinnally pkinnally@kfkllaw.com,
               mlenert@kfkllaw.com;tdegrado@kfkllaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard  Gellersted    on behalf of Debtor   Main Street Partnership, LLC richardgellersted@att.net
                                                                                             TOTAL: 6